IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cecilia Jones and Pedro Ybarra, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Symantec Corporation, a California company,<br><br>Defendant. | Case No. 2:18-cv-03406-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

THIS MATTER is before the Court upon the Parties' Stipulation and Proposed Order of Dismissal with Prejudice (the "Stipulation"). Upon review of the Stipulation, and for good cause, it is hereby ORDERED that:

1. Plaintiffs' Complaint and their individual claims against Defendant are hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs and attorneys' fees, except as provided in the Parties' Settlement Agreement.

2. Based on the Parties' Stipulation, the Court finds that the settlement of Plaintiffs' claims is a fair and reasonable resolution of the matters, and as such, the Court

approves the settlement of Plaintiffs' individual FLSA claims.

3. This case is hereby CLOSED.

Dated this 29th day of January, 2019.

_____
Susan R. Bolton
United States District Judge